UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AL RICO MAPP,

Plaintiff,

v.     6:10-cv-90

JOE BURNETTE, Deputy Warden,

Defendant.

## ORDER

Plaintiff Al Rico Mapp ("Mapp") moves for an extension of time to respond to the Magistrate Judge's Report and Recommendation ("R&R") recommending dismissal of Mapp's claims against Defendant Joe Burnette ("Burnette") in his official capacity. *See* Doc. 71. Mapp's motion discusses various technological problems with which his counsel has been struggling. *See id.* at 1-2. Mapp has already moved for and been granted two extensions of time to respond to the R&R, once on account of the same issues. *See* Docs. 61; 64; 68; 70.

Mapp's motion does not indicate how his counsel's technological difficulties rendered her unable to file an objection. These complications, as irksome and as inconvenient as they can be, should not have delayed counsel this long. In light of Mapp's previous extensions of time, the duration of this case, and the simplicity of the filings requested from Mapp, the Court *DENIES* Mapp's latest motion for an extension of time. *See* Doc. 71.

After a careful *de novo* review of the record in this case, the Court concurs with the uncontested R&R. *See* Doc. 59.

Accordingly, the R&R is adopted as the opinion of the Court. Burnette's Motion to Dismiss, *see* Doc. 58, is *GRANTED* in part, *DENIED* in part. Mapp's monetary damage claims against Burnette in his official capacity are dismissed. Mapp's other claims against Burnette remain pending Mapp's already untimely submission of more detailed allegations.

This 29th day of March 2012.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA